FILE COPY

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

**TWELFTH COURT OF APPEALS**

CLERK
CATHY S. LUSK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/26/2015 4:23:00 PM
CATHY S. LUSK
Clerk

January 23, 2015

Ms. Charlotte Bledsoe
County Clerk, Van Zandt County
Van Zandt County Courthouse
121 E. Dallas St., Room 202
Canton, TX 75103
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:          12-13-00318-CR
        Trial Court Case Number:   2012-00413

**Style:**   Tammy Turner Bingham
        v.
        The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause.   When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By:_____
        Katrina McClenny, Chief Deputy Clerk

C Mr. Chris B. Martin (DELIVERED VIA E-MAIL)
C Mr. Steven R. Green (DELIVERED VIA E-MAIL)
:

Mandate executed on _____ day of _____, 2015.

Brief explanation of action taken: _____

_____, deputy   _____ District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us